IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY SMITH,<br>Petitioner, | ) ) ) | |
| vs. | ) ) | Civil Action No. 12-537<br>Judge Mark R. Hornak |
| GERALD ROZUM; THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,<br>Respondents. | ) ) ) ) | Chief Magistrate Judge Maureen P. Kelly |

## **ORDER**

AND NOW, this 25th day of March, 2015, after Petitioner, Anthony Smith, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until February 9, 2015, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the Opinion of this Court,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by a person in State Custody, pursuant to 28 U.S.C. § 2254 (the "Petition"), is dismissed.

IT IS FURTHER ORDERED that a certificate of appealability is denied.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

Anthony Smith
EY-9164
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

All Counsel of Record Via CM-ECF